TOWNSHIP OF STAFFORD v. WESLEY K. BELL, T/A WES OUTDOOR ADVERTISING.

November 21, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD HUTSON.

November 21, 1986.

Petition for certification granted. (See 211 *N.J.Super.* 49)

NEW JERSEY AUTOMOBILE FULL INSURANCE UNDERWRITING ASSOCIATION v. HAZEL FRANK GLUCK, COMMISSIONER OF INSURANCE OF THE STATE OF NEW JERSEY.

November 21, 1986.

Petition for certification denied.